UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-23460-CIV-WILLIAMS

DOROTHY JACKSON,

    Plaintiff,

vs.

NCL AMERICA, LLC,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Defendant's motion *in limine*. (DE 41). Having considered the motion, the record, and applicable caselaw, and for the reasons discussed during the pretrial conference held May 6, 2016, it is **ORDERED AND ADJUDGED** that the motion (DE 41) is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 6th day of May, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE